| | |
|---|---|
|1| CARL M. FALLER  SBN: 70788 |
|2| Attorney at Law<br>Post Office Box 912<br>Fresno, CA 93714 |
|3| Tel:  559-226-1534<br>Fax:  559-412-4746 |
|4| carl.faller@fallerdefense,com |

Attorney for Defendant
JUAN JOSE ALVAREZ-ARROYO

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:13-CR-104 LJO SKO |
|---|---|
| Plaintiff, | ) MOTION TO WITHDRAW AS ATTORNEY<br>) OF RECORD AND FOR APPOINTMENT |
| vs. | ) OF APPELLATE CONSEL |
| JUAN JOSE ALVAREZ-ARROYO, | ) |
| Defendant. | ) |

This defendant was sentenced in this matter on August 26, 2013.  His plea was entered without a plea agreement and, therefore, there was no waiver of his right to appeal.  On August 29, 2013, defense counsel was notified that the defendant desired to file a Notice of Appeal.  Thereafter, counsel conferred with the Federal Defender's Office, and was informed that he should file a motion in the District Court to be relieved as attorney of record, and to request that the matter be referred to the Office of the Federal Defender for appointment of appellate counsel.

Therefore, counsel respectfully requests that the court issue an order relieving him as counsel of record and referring this matter to the Office of the Federal Defender for the appointment of counsel on appeal.

Dated:  August 28, 2013

/s/  Carl M. Faller_____
CARL M. FALLER
Attorney for Defendant
JUAN JOSE ALVAREZ-ARROYO

ORDER:

Based on the showing set above, and good cause appearing, it is hereby ordered that Carl M. Faller is relieved as counsel of record for the defendant in this matter.  It is also ordered that the matter is referred to the Office of the Federal Defender for the Eastern District of California for appointment of counsel on appeal.

IT IS SO ORDERED.

Dated:  **August 28, 2013**              **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE